JUDGE RICARDO MARTINEZ
Trial Date:  02-29-16

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRIT OF WASHINGTON AT SEATTLE

SHANNON M. ALDRICH PAYNE,

        Plaintiff,

  v.

THE CITY OF SEATTLE, a municipal corporation; OFFICER CAMILO DEPINA, a Seattle police officer in his individual and official capacity, OFFICER KEITH SWANK, a Seattle police officer in his individual and official capacity; OFFICER CHRISTOPHER MEYERS, a Seattle police officer in his individual and official capacity; and, JOHN and JANE DOES 1-10, Seattle police officers and/or Seattle employees in their individual and official capacities.

        Defendants.

No. 14-cv-00182-RSM

**JOINT STATUS REPORT ON MEDIATION**

The parties held an all-day mediation with Ms. Teresa Wakeen of Wakeen & Associates on August 19, 2015.  Though the case has not so far resolved through settlement, the parties are currently working out additional details discussed during the mediation, and believe there still exists a substantial likelihood that a settlement can be reached in this case in near future.

JOINT STATUS REPORT ON MEDIATION- 1

**HART JARVIS CHANG PLLC**
2025 First Avenue Suite 830
Seattle, WA 98121
Tel: (425) 615-6346
Fax: (206) 260-2950

The parties believe that within two weeks they will be able to provide the court with more concrete status on the settlement effort.

DATED this 4th day of September, 2015.

| | |
|---|---|
| */s/ Jeff Campiche* | _____ |
| Jeffery M. Campiche, WSBA #7592 | Andrew Myerberg, WSBA #47746 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| Campiche Arnold PLLC | Seattle City Attorney's Office |
| 2025 1st Avenue, Suite 830 | 701 5th Avenue, 20th Floor |
| Seattle, WA 98121 | Seattle, WA 98104 |
| Ph: (206) 281-9000 | Ph: (206) 386-0077 |
| jcampiche@campichearnold.com | andrew.myerberg@seattle.gov |
| lharris@campichearnold.com | |

*/s/ Ken Chang*
Ken Chang, WSBA #26737
*Attorney for Plaintiff*
Hart Jarvis Chang, PLLC
2025 1st Avenue, Suite 830
Seattle, WA 98121
Ph: (425) 615-6346
kchang@hartjarvischang.com

## CERTIFICATE OF FILING

I swear under the penalty of perjury of the U.S. I swear I filed this document via the Court's ECF system.

\_\_\_s/ Leslie S. Harris, Paralegal
Campiche Arnold, PLLC

**JOINT STATUS REPORT ON MEDIATION- 2**

**HART JARVIS CHANG PLLC**
2025 First Avenue Suite 830
Seattle, WA 98121
Tel: (425) 615-6346
Fax: (206) 260-2950