THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON M. ALDRICH PAYNE,<br><br>                      Plaintiff,<br><br>     v.<br><br>CITY OF SEATTLE, a municipal corporation; OFFICER CAMILO DEPINA, a Seattle police officer in his individual and official capacity, OFFICER KEITH SWANK, a Seattle police officer in his individual and official capacity, OFFICER CHRISTOPHER MEYERS, a Seattle police officer in his individual and official capacity; and, JOHN and JANE DOES 1-10, Seattle police officers and/or Seattle employees in their individual and official capacities,<br><br>                      Defendants. | Case No.  2:14-cv-0182-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL |

**STIPULATION**

The parties hereby stipulate, as evidenced by the signatures below of their respective attorneys of record, that this action should be dismissed in its entirety with prejudice and without costs taxed to any party.

//

STIPULATION AND ORDER
OF DISMISSAL  (2:15-cv-0182-RSM) - 1

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA  98104
(206) 684-8200

DATED this 16th day of October, 2015.

| | |
|---|---|
| /s/ Jeff Campiche | /s/ Andrew Myerberg |
| Jeff Campiche, WSBA #7592 | Andrew Myerberg, WSBA #47746 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| Campiche Arnold PLLC | Seattle City Attorney's Office |
| 2025 1st Avenue, Suite 830 | 701 5th Avenue, 20th Floor |
| Seattle, WA 98121 | Seattle, WA 98104 |
| Ph: (206) 281-9000 | Ph: (206) 386-0077 |
| jcampiche@campichearnold.com | andrew.myerberg@seattle.gov |

/s/ Ken Chang
Ken Chang, WSBA #26737
Zachary Jarvis, WSBA #36941
*Attorneys for Plaintiff*
Hart Jarvis Chang, PLLC
2025 1st Avenue, Suite 830
Seattle, WA 98121
Ph: (425) 615-6346
kchang@hartjarvischang.com
zjarvis@hartjarvischang.com

## ORDER

IT IS SO ORDERED this 19 day of October 2015.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
OF DISMISSAL  (2:15-cv-0182-RSM) - 2

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA  98104
(206) 684-8200